IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

N. CHARLES PICKETT, JR., et al.,     No. C-11-0445 TEH (PR)

       Plaintiffs,        ORDER GRANTING REQUEST TO
WITHDRAW PROPOSED FIRST AMENDED
    v.                    COMPLAINT

E.G. BROWN, JR.,

       Defendant.
_____/    Doc. #21

      Plaintiff N. Charles Pickett, Jr., a prisoner at Correctional Training Facility - Central ("CTFC") in Soledad, California, has filed a proposed first amended complaint under 42 U.S.C. § 1983 regarding application of the Three Strikes Law. (Doc. #19.) Plaintiff now seeks to withdraw this proposed first amended complaint. (Doc. #21.) Plaintiff's request is GRANTED. This case remains CLOSED.

      IT IS SO ORDERED.

DATED    *02/21/2012*           /s/ Thelton E. Henderson
                                         THELTON E. HENDERSON
                                         United States District Judge

G:\PRO-SE\TEH\CR.11\Pickett-11-445-grant request to withdraw proposed FAC.wpd