IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. CHARLES PICKETT, JR., et al., | No. C-11-0445 TEH (PR) |
| Plaintiffs, | ORDER GRANTING REQUEST TO WITHDRAW PROPOSED FIRST AMENDED COMPLAINT |
| v. | |
| E.G. BROWN, JR., | |
| Defendant. | Doc. #21 |

Plaintiff N. Charles Pickett, Jr., a prisoner at Correctional Training Facility - Central ("CTFC") in Soledad, California, has filed a proposed first amended complaint under 42 U.S.C. § 1983 regarding application of the Three Strikes Law. (Doc. #19.) Plaintiff now seeks to withdraw this proposed first amended complaint. (Doc. #21.) Plaintiff's request is GRANTED. This case remains CLOSED.

IT IS SO ORDERED.

DATED   02/21/2012

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.11\Pickett-11-445-grant request to withdraw proposed FAC.wpd